# EXHIBIT D

**07 C 7116**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE COX**

**LaSalle Financial**
ABN AMRO

LaSalle Financial Services, Inc.
135 South LaSalle Street
Suite 2111
Chicago, Illinois 60603
(800) 554-5507

December 10, 2007

Dear Mr. Brymer:

I recently learned of your resignation from LaSalle Financial Services, Inc. ("LFS") and am writing to wish you success in your new venture. As a reminder, you signed a written agreement that, among other things, expressly prohibits you from, directly or indirectly, taking, using, or disseminating any of LFS's information. To the extent that you have any "Confidential Information," as that term is defined in your agreement, LaSalle hereby demands the immediate return of such information in whatever form it exists, as well as any documents and data created or compiled by you that contains, is based upon, or derived from any Confidential Information. In addition, your agreement prohibits you, for a period of one year from the date of your departure, from directly or indirectly soliciting or diverting the business of any LFS customer whom you have serviced under this agreement.

I look forward to your cooperation in this matter and thank you for your prompt attention. Feel free to contact me should you have any questions.

Sincerely,

Anthony Pecora
Group Senior Vice President
Director of Compliance

Products offered through LaSalle Financial Services, Inc., member NASD/SIPC and a licensed insurance agency, are not insured by the Federal Deposit Insurance Corporation (FDIC) or any government agency, are not deposits or other obligations of, or guaranteed by the bank or its affiliates, and are subject to investment risks, including possible loss of the principal amount invested.

**LaSalle Financial**
ABN AMRO

LaSalle Financial Services, Inc.
135 South LaSalle Street
Suite 2111
Chicago, Illinois 60603
(800) 554-5507

December 10, 2007

Dear Mr. Kibiloski:

I recently learned of your resignation from LaSalle Financial Services, Inc. ("LFS") and am writing to wish you success in your new venture. As a reminder, you signed a written agreement that, among other things, expressly prohibits you from, directly or indirectly, taking, using, or disseminating any of LFS's information. To the extent that you have any "Confidential Information," as that term is defined in your agreement, LaSalle hereby demands the immediate return of such information in whatever form it exists, as well as any documents and data created or compiled by you that contains, is based upon, or derived from any Confidential Information. In addition, your agreement prohibits you, for a period of one year from the date of your departure, from directly or indirectly soliciting or diverting the business of any LFS customer whom you have serviced under this agreement.

I look forward to your cooperation in this matter and thank you for your prompt attention. Feel free to contact me should you have any questions.

Sincerely,

Anthony Pecora
Group Senior Vice President
Director of Compliance

Products offered through LaSalle Financial Services, Inc., member NASD/SIPC and a licensed insurance agency, are not insured by the Federal Deposit Insurance Corporation (FDIC) or any government agency, are not deposits or other obligations of, or guaranteed by the bank or its affiliates, and are subject to investment risks, including possible loss of the principal amount invested.



LaSalle Financial Services, Inc.
135 South LaSalle Street
Suite 2111
Chicago, Illinois 60603
(800) 554-5507

December 10, 2007

Dear Mr. Swanson:

I recently learned of your resignation from LaSalle Financial Services, Inc. ("LFS") and am writing to wish you success in your new venture. As a reminder, you signed a written agreement that, among other things, expressly prohibits you from, directly or indirectly, taking, using, or disseminating any of LFS's information. To the extent that you have any "Confidential Information," as that term is defined in your agreement, LaSalle hereby demands the immediate return of such information in whatever form it exists, as well as any documents and data created or compiled by you that contains, is based upon, or derived from any Confidential Information. In addition, your agreement prohibits you, for a period of one year from the date of your departure, from directly or indirectly soliciting or diverting the business of any LFS customer whom you have serviced under this agreement.

I look forward to your cooperation in this matter and thank you for your prompt attention. Feel free to contact me should you have any questions.

Sincerely,

Anthony Pecora
Group Senior Vice President
Director of Compliance

Products offered through LaSalle Financial Services, Inc., member NASD/SIPC and a licensed insurance agency, are not insured by the Federal Deposit Insurance Corporation (FDIC) or any government agency, are not deposits or other obligations of, or guaranteed by the bank or its affiliates, and are subject to investment risks, including possible loss of the principal amount invested.