IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE FINANCIAL SERVICES, INC., a Delaware corporation<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS BRYMER, DAVID SWANSON and RYAN KIBILOSKI,<br><br>    Defendants. | No. 07-C-7116<br>Judge Lefkow<br>Magistrate Judge Cox |

## LASALLE FINANCIAL SERVICES, INC.'S
## MOTION FOR A TEMPORARY RESTRAINING ORDER

For the reasons set forth in its accompanying Memorandum of Law, Plaintiff LaSalle Financial Services, Inc. ("LFS"), through its attorneys, Foley & Lardner LLP, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 65 ("Rule 65"), for the entry of a temporary restraining order (a proposed draft of which is attached as Exhibit A) against Defendants Douglas Brymer, David Swanson, and Ryan Kibiloski.

Dated: December 19, 2007

By: /s/ Martin J. Bishop
Stephen P. Bedell
Martin J. Bishop
Thomas K. Anderson
Anna R. Downs-Temple
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
312.832.4500 Telephone
312.832.4700 Facsimile

CHIC_1675834.1