# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LASALLE FINANCIAL SERVICES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. |
| DOUGLAS BRYMER, DAVID SWANSON, and RYAN KIBILOSKI | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

This matter having come to be heard on Plaintiff LaSalle Financial Services, Inc.'s ("LFS") Motion for a Temporary Restraining Order, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

(1) Defendants Ryan Kibiloski, Douglas Brymer and David Swanson (collectively the "Defendants"), and all persons acting in concert with any of them are hereby restrained and enjoined from:

 (a) directly or indirectly, and in any manner, using or disclosing any Confidential Information belonging to or originating from LFS, including but not limited to using the Confidential Information to solicit LFS's customers and accounts;

 (b) directly, or indirectly, through their current employer, or any other employer, soliciting business from, or initiating any contact with, any customer of LFS who became known to any of the Defendants during the course of their association with LFS;

 (c) causing, assisting, or inducing any customer of LFS and/or any affiliate of LFS, or any person whose name became known to the Defendants during the course of their association with LFS to discontinue, terminate, withdraw, or transfer any account held at LFS;

 (d) destroying, altering, modifying or concealing any data relevant to this action or LFS's Confidential Information stored on any computer media;

(2) The Defendants shall immediately return all electronic data and documents that include, contain, or are in whole or in part derived from LFS's Confidential

        Information, including, but not limited to, the Confidential Information itself and all copies, summaries, compilations, and reiterations of that information;

(3) All computer hard drives that have had any of LFS's Confidential Information stored on them, or information derived from LFS's Confidential Information, be completely copied and provided to LFS, and that the information be permanently deleted from Defendants' hard drives thereafter;

(4) The Defendants shall immediately cease use or deletion of any materials from the computer, computer hard drive, website, external drive, flash drive, zip drive, thumb drive, iPod, or any similar device on which data may be stored, to which the Defendants sent or uploaded any LFS documents.

(5) All other documents and copies, whether or not they contain Confidential Information, that in any way originate or arise from LFS and/or the Defendants' employment with LFS, be returned to LFS, as well as all documents that to any extent contain, in whole or in part, information derived from those documents; and

(6) This Order shall remain in effect until _____.

DATED: _____, 2007        ENTERED:

                                                                                     _____

Prepared By:

Stephen P. Bedell
Martin J. Bishop
Thomas K. Anderson
Anna R. Downs-Temple
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312) 832-4500
Firm ID # 17190

*Counsel for Plaintiff*