# EXHIBIT K

# Exhibit RB008



# EXHIBIT L



# Pandia

DOUGLAS BRYMER (sign out)
Current Book of Business: DOUGLAS BRYMER (KX1)
> CLIENT FOCUS > CLIENT SEARCH

- show/hide navigation
- client focus
- documents
- report suite

- help
- print

## CREATE CLIENT LIST WHERE...

| SSN / TAX ID | is equal to | | SEARCH |

OR

| CLIENT NAME | starts with | FIRST NAME |
| | | LAST NAME |

| ADDRESS | contains | STREET ADDRESS |
| | is equal to | CITY    STATE   ZIPCODE |

| PHONE NUMBER | is equal to | |

| CLIENTS' INTERESTS | include | |
| ASSET VALUE | is greater than | |
| | | 12/7/2007 |

| SERVICING BRANCH | *** ANY BRANCH *** |
| INVESTS IN PRODUCT | CUSIP OR SYMBOL |
| ACCOUNT TYPE | *** ANY TYPE *** |
| HAS ACCOUNT WITH | *** ANY PROVIDER *** |
| ☐ INCLUDE DECEASED CLIENTS | SEARCH |

OR

MOST RECENT SEARCHES

SEARCH

# Pandia

DOUGLAS BRYMER (sign out)
Current Book of Business: DOUGLAS BRYMER (KX1)
> DOCUMENTS > ADD/UPDATE BAG LOG

- show/hide navigation

- client focus
- documents
- report state

- help
- print

## Javascript Error

Your browser does not support Javascript. You must enable Javascript for this application to function properly.

Please enable Javascript and refresh this application.

### Sent Bags

| Bag Log ID | Date Sent | Contents | |
|---|---|---|---|
| 88391 | FRI. DECEMBER 07th 2007 | | VIEW / RE-OPEN BAG |

### Scanned Bags

| Bag Log ID | Date Sent | Contents | Date Scanned | |
|---|---|---|---|---|
| 88210 | WED. DECEMBER 05th 2007 | | THU. DECEMBER 06th 2007 | VIEW |
| 88112 | TUE. DECEMBER 04th 2007 | | WED. DECEMBER 05th 2007 | VIEW |
| 88011 | MON. DECEMBER 03rd 2007 | | TUE. DECEMBER 04th 2007 | VIEW |
| 87857 | THU. NOVEMBER 29th 2007 | | FRI. NOVEMBER 30th 2007 | VIEW |
| 87510 | MON. NOVEMBER 26th 2007 | | TUE. NOVEMBER 27th 2007 | VIEW |
| 87371 | WED. NOVEMBER 21st 2007 | | FRI. NOVEMBER 23rd 2007 | VIEW |
| 87196 | TUE. NOVEMBER 20th 2007 | | WED. NOVEMBER 21st 2007 | VIEW |
| 86952 | THU. NOVEMBER 15th 2007 | | FRI. NOVEMBER 16th 2007 | VIEW |
| 86750 | TUE. NOVEMBER 13th 2007 | | WED. NOVEMBER 14th 2007 | VIEW |
| 78359 | TUE. JULY 17th 2007 | REDACTED | THU. JULY 19th 2007 | VIEW |
| 55832 | WED. AUGUST 16th 2006 | | THU. AUGUST 17th 2006 | VIEW |
| 52873 | TUE. JULY 11th 2006 | | WED. JULY 12th 2006 | VIEW |
| 52740 | MON. JULY 10th 2006 | | WED. NOVEMBER 15th 2006 | VIEW |
| 52571 | FRI. JULY 07th 2006 | | MON. JULY 10th 2006 | VIEW |
| 40009 | THU. FEBRUARY 16th 2006 | | FRI. FEBRUARY 17th 2006 | VIEW |
| 25507 | TUE. OCTOBER 11th 2005 | | WED. OCTOBER 12th 2005 | VIEW |
| 15096 | WED. JUNE 15th 2005 | | THU. JUNE 16th 2005 | VIEW |
| 13571 | TUE. MAY 31st 2005 | | THU. JUNE 02nd 2005 | VIEW |
| 11065 | FRI. MAY 06th 2005 | | MON. MAY 09th 2005 | VIEW |
| 10716 | TUE. MAY 03rd 2005 | | WED. MAY 04th 2005 | VIEW |
| 7412 | TUE. APRIL 05th 2005 | | WED. APRIL 06th 2005 | VIEW |
| 4784 | THU. MARCH 10th 2005 | | FRI. MARCH 11th 2005 | VIEW |
| 4044 | WED. MARCH 02nd 2005 | | THU. MARCH 03rd 2005 | VIEW |
| 3235 | WED. FEBRUARY 23rd 2005 | | THU. FEBRUARY 24th 2005 | VIEW |
| 2490 | MON. FEBRUARY 14th | | TUE. FEBRUARY 15th 2005 | |

| | 2005 | | | | |
|---|---|---|---|---|---|
| 1284 | TUE. FEBRUARY 01st 2005 | **REDACTED** | | TUE. FEBRUARY 01st 2005 | VIEW |
| | | | | | VIEW |