| | 2005 | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | VIEW |
| 1284 | TUE. FEBRUARY 01st 2005 | **REDACTED** | | | TUE. FEBRUARY 01st 2005 | VIEW |

# Pandia

DOUGLAS BRYMER (sign out)
Current Book of Business: DOUGLAS BRYMER (KX1)
> CLIENT FOCUS > CLIENT SEARCH

- show/hide navigation
- client focus
- documents
- report suite

- help
- print

**4 CLIENTS FOUND WHERE CLIENT LAST NAME STARTS WITH**

- ADD TO MY FAVORITES

| LAST NAME ▲ | FIRST NAME | CREATED DATE | CLIENT ADDRESS | BANK | BRANCH NAME | SERVICING BANK | SERVICING BRANCH CODE | SERVICING BRANCH NAME | CLIENT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | 96 | WESTMONT | 96 | 66 | WESTMONT (66) | $0.00 |
| | | | | 96 | WESTMONT | 96 | 66 | WESTMONT (66) | $282,086.63 |
| | | | | 96 | SCHAUMBURG | 96 | 79 | SCHAUMBURG (79) | $1,242.43 |
| | | | | 96 | SCHAUMBURG | 96 | 79 | SCHAUMBURG (79) | $0.00 |

# Pandia

DOUGLAS BRYMER (sign out)
Current Book of Business: DOUGLAS BRYMER (KX1)
> DOCUMENTS > ADD/UPDATE BAG LOG > BAG LOG DETAIL

- [x] what's new national items
- client focus
- documents
- report suite

- help
- print

Bag Log ID: NEW FRI. DECEMBER 7th DOUGLAS BRYMER

## Add Contents

Line Of Business: ADDITIONAL ACCOUNT PAPERWORK
Provider: NFS (BROKERAGE)
Account Type:
Client Name:   SSN: **REDACTED**
Branch: WESTMONT (66)

## PLEASE PUT A CHECK NEXT TO EACH TYPE OF DOCUMENT BEING SENT FOR THIS ACCOUNT

| | | |
|---|---|---|
| ☐ PROFILE | ☐ EZ NEW BUSINESS FORM | ☐ WM - FEE BASED ACCOUNT SUPPLEMENT |
| ☐ CAP ADV ACCOUNT SUMMARY SHEET | ☐ FEE IN LIEU FORM | ☐ WM - HOUSEHOLDING RELATIONSHIP FORM |
| ☐ CAP ADV INVESTMENT ADVISORY AGMT | ☐ IRA APPLICATION - NFS | ☐ WM - IRA APPLICATION-NFS |
| ☐ CIP - DRIVERS LICENSE/BANK INFO | ☐ IRA CONVERSION | ☐ WM - IRA FEE IN LIEU OF COMMISSIONS |
| ☐ ANNUITY ACKNOWLEDGMENT | ☐ IRA DISTRIBUTION | ☐ WM - IRA POA AFFIDAVIT & INDEMNIFICATION |
| ☐ MUTUAL FUND/UIT ACKNOWLEDGMENT | ☐ LETTER OF INSTRUCTION | ☐ WM - LETTERS OF OFFICE |
| ☐ SWITCH LETTER | ☐ MARGIN/OPTIONS APPLICATION - NFS | ☐ WM - LLC AGMT |
| ☐ STOCK CERTIFICATE | ☐ NEW ACCOUNT FAX | ☐ WM - MARGIN AGMT |
| ☐ STOCK POWER | ☐ NFS CHECKS | ☐ WM - MUTUAL FUND PERIODIC INVESTMENT |
| ☐ UNSOLICITED ACKNOWLEDGEMENT | ☐ OUTGOING TRANSFER FORM | ☐ WM - MUTUAL FUND SYSTEMATIC WITHDRAWAL |
| ☐ ACAT - NFS | ☐ PIP/SWP/EFT CONTRIBUTION FORM | ☐ WM - OPS CONFIRMATION |
| ☐ ADDITION FORM | ☐ POA COURT DOC/AFFIDAVIT | ☐ WM - OPTION AGMT |
| ☐ AFFIDAVIT OF DOMICILE | ☐ RISK TOLERANCE QUESTIONS | ☐ WM - PARTNERSHIP AGMT |
| ☐ AMA APPLICATION | ☐ SPEEDTRADE | ☐ WM - POA AFFIDAVIT (NON IRA) |
| ☐ AMA MAINTENANCE FORM | ☐ TCIP - NFS | ☐ WM - RETIREMENT ACCT APP |
| ☐ AMENDMENT TO THE CUSTOMER AGREEMENT | ☐ TOD - NFS | ☐ WM - RETIREMENT ACCT DIST FORM |
| ☐ ANNUITY WITHDRAWAL FORM | ☐ TRANSFER/1035 | ☐ WM - SEC FORM 144 |
| ☐ BENEFICIARY DESIGNATION - NFS | ☐ W-9 | ☐ WM - SUITABILITY UPDATE FORM |
| ☐ CAP AD TO FILE | ☐ WM - ACCOUNT APP / INDIVIDUAL | ☐ WM - SWITCH LETTER |
| ☐ CAP ADV INVESTMENT STRATEGY REPORT | ☐ WM - ACCOUNT APP / INSTITUTIONAL | ☐ WM - TRADING AUTHORIZATION - FULL |
| ☐ CAP ADV NON QUAL ACCT TRANSITION | ☐ WM - AGENT CERT OF INVESTMENT POWERS | ☐ WM - TRADING AUTHORIZATION - LIMITED |
| ☐ CAP ADV REQUEST TO CHANGE MODEL | ☐ WM - AMA ACCOUNT APPLICATION | ☐ WM - TRUST EXCERPTS |
| ☐ CHANGE OF BROKER DEALER/REP | ☐ WM - AMA ACCT MAINTENANCE FORM | ☐ WM - UNINCORPORATED ASSOC RESOLUTION |
| ☐ CHECK PAYABLE TO LFS FOR VA SWEEP | ☐ WM - B SHARE ACKNOWLEDGEMENT FORM | ☐ WM - VERIFICATION OF DEPOSIT |
| ☐ CHK PAYABLE TO ANNUITY/529/FUND CO | ☐ WM - CERT IN NAME OTHER THN THT OF ACCT | ☐ WM - VIP TRADE ACCOUNT APPLICATION |
| ☐ COLLATERAL AGREEMENT | ☐ WM - CONTROL AGMT | ☐ WM - W9 |
| ☐ COMMISSION STATEMENTS / CHECKS | ☐ WM - CORPORATE RESOLUTION | ☐ WM - WIRE BASIC PACKAGE |
| ☐ CONTRABROKER ACCOUNT STATEMENT | ☐ WM - CORRESPONDENCE | ☐ WM - WIRE CALL BACK WAIVER |
| ☐ CONTRACT DATA PAGE | ☐ WM - CTRL / RSTRCD STOCK BRKRS LTR | ☐ WM - WIRE LOI - REPETITIVE |
| ☐ CUSTOMER COMPLAINT | ☐ WM - CTRL / RSTRCD STOCK PLEDGE AGT | ☐ WM - WIRE LOI - SINGLE |
| ☐ DEATH CERTIFICATE | ☐ WM - CTRL / RSTRCD STOCK QUESTION | ☐ WM-PERFORMANCE REPORTING |
| ☐ DEPOSIT SLIP FOR FA SWEEP | ☐ WM - CTRL / RSTRCD STOCK SELLRS LTR | ☐ OTHER 1: |
| ☐ EQUITY DIVIDEND REINVESTMENT | ☐ WM - DUE DILIGENCE WORKSHEET | ☐ OTHER 2: |
| | ☐ WM - EARNINGS DISTRIBUTION FORM | ☐ OTHER 3: |

## Additional Account Paperwork Sales Log

| # | Source Type | Source Of Funds Description (Optional - unless Source Type is 'Other') | Amount |
|---|---|---|---|
| 1. | -SELECT- | | $ 0 |
| 2. | -SELECT- | | $ 0 |

| # | Product | Destination Of Funds Money Code | Amount | Received Date | Is this check payable to LFS? |
|---|---|---|---|---|---|
| 1. | -SELECT- | -SELECT- | $ | 12/7/2007 | -SELECT- |
| 2. | -SELECT- | -SELECT- | $ | 12/7/2007 | -SELECT- |
| 3. | -SELECT- | -SELECT- | $ | 12/7/2007 | -SELECT- |
| 4. | -SELECT- | -SELECT- | $ | 12/7/2007 | -SELECT- |