# EXHIBIT 4

# Fifth Third Securities, Inc.

December 11, 2007

REDACTED

Re: Hancock Annuities

Dear  REDACTED

As we discussed, considering I am very familiar with your annuities, I am willing to continue to offer you strictly administrative support going forward. This would not affect any aspect of the investment from a financial standpoint, or any relationship you have with LaSalle Bank.

I have enclosed the forms that would grant me access to the annuities should you need assistance in the future, along with a pre-paid DHL form in which to return the forms. DHL can pick up the package from any location at no cost to you by calling 1-800-CALL-DHL.

If you wish to discuss this matter in conjunction with Karen, I welcome the call. I can be reached at 630.639.0087. Either way, it was truly my pleasure to work with you over the last few years, and I wish you the very best in your future endeavors.

Sincerely Yours,

Ryan M. Kibiloski
Assistant Vice President
Financial Advisor
Fifth Third Securities, Inc.

Investments offered through Fifth Third Securities, Inc., member NASD/SIPC, are;
Not FDIC Insured; Not deposits or other obligations of the bank and are not guaranteed by
the institution; and Subject to investment risk, including possible loss of the principal invested.
Insurance products made available through Fifth Third Insurance Agency, Inc.

# CHANGE OF BROKER/DEALER REQUEST

AGTCHANGE

To change the Broker/Dealer of record on a John Hancock Life Ins. Co. (U.S.A.), John Hancock Life Ins. Co., and John Hancock Variable Life Ins. Co. contracts

Inquiries: 800-224-3687     9:00 A.M.-5:00 P.M. (Eastern), Monday through Friday     FAX: 617- 663-3719

## MAILING INSTRUCTIONS
Mailing Address:
Annuity Service Address
P.O. Box 55230
Boston, MA  02205-5230

Express Mail Deliveries
Annuity Service Address
601 Congress Street
Boston, MA  02210

## PAPERWORK TO RETURN
Please complete this change of Broker/Dealer form with appropriate signatures and mail to the attention of the Licensing Department.

## CONTRACT INFORMATION

Contract/Policy Number
REDACTED

Annuitant's Last Name          First Name

REDACTED
Owner's Last Name          First Name

Co-Owner's Last Name          First Name

## SERVICING AGENT INFORMATION

*Kibiloski*          *Ryan*
Servicing Agent's Last Name          First Name

*Fifth Third Securities*
Broker Dealer Name

*Wheaton*          *IL 60187*
Branch City          State, Zip Code

REDACTED
Servicing Agent's Social Security Number

*1500 N. Main St.*
Branch Address

*630.690.7028*
Branch Phone Number

Agent/Split ID

Split Percentage

## PARTNERSHIP/SPLIT INFORMATION (Optional)

Please provide the Name, Social Security Number, and Commission Percentage of each additional Representative. Partnership/Splits must be within the same Broker Dealer. The sum of the percentages for all representatives, including the Servicing Representative, must total to 100%. For any sum not equal to 100%, the difference will be applied to the Servicing Representative. If no percentages are included, the Servicing Representative will receive 100% and each additional representative will be listed at 0.00%

Agent's Last Name          First Name          Agent's Social Security Number          Split Percentage

Agent's Last Name          First Name          Agent's Social Security Number          Split Percentage

Agent's Last Name          First Name          Agent's Social Security Number          Split Percentage

Agent's Last Name          First Name          Agent's Social Security Number          Split Percentage

## AUTHORIZATION

Branch Manager of Current Broker/Dealer (please print)          Signature          Date

Client's Signature (If more than one, ALL must sign.)

1106: 1307148

# CHANGE OF BROKER/DEALER REQUEST

AGTCHANGE

To change the Broker/Dealer of record on a John Hancock Life Ins. Co. (U.S.A.), John Hancock Life Ins. Co., and John Hancock Variable Life Ins. Co. contracts

Inquiries: 800-224-3687    9:00 A.M.-5:00 P.M. (Eastern), Monday through Friday    FAX: 617- 663-3719

**MAILING INSTRUCTIONS**
Mailing Address:
Annuity Service Address
P.O. Box 55230
Boston, MA 02205-5230

Express Mail Deliveries
Annuity Service Address
601 Congress Street
Boston, MA 02210

**PAPERWORK TO RETURN**
Please complete this change of Broker/Dealer form with appropriate signatures and mail to the attention of the Licensing Department.

**CONTRACT INFORMATION**

| Contract/Policy Number | Owner's Last Name    First Name |
|---|---|
| REDACTED | REDACTED |

| Annuitant's Last Name    First Name | Co-Owner's Last Name    First Name |
|---|---|
| REDACTED | |

**SERVICING AGENT INFORMATION**

KIBILOSKI    RYAN
Servicing Agent's Last Name    First Name

REDACTED
Servicing Agent's Social Security Number

FIFTH THIRD SECURITIES
Broker Dealer Name

1500    N. MAIN ST.
Branch Address

WHEATON    IL 60187
Branch City    State, Zip Code

630. 690. 7028
Branch Phone Number

_____
Agent/Split ID

_____
Split Percentage

**PARTNERSHIP/SPLIT INFORMATION (Optional)**

**Please provide the Name, Social Security Number, and Commission Percentage of each additional Representative. Partnership/Splits must be within the same Broker Dealer. The sum of the percentages for all representatives, including the Servicing Representative, must total to 100%. For any sum not equal to 100%, the difference will be applied to the Servicing Representative. If no percentages are included, the Servicing Representative will receive 100% and each additional representative will be listed at 0.00%**

| Agent's Last Name    First Name | Agent's Social Security Number | Split Percentage |
|---|---|---|
| | | |
| Agent's Last Name    First Name | Agent's Social Security Number | Split Percentage |
| Agent's Last Name    First Name | Agent's Social Security Number | Split Percentage |
| Agent's Last Name    First Name | Agent's Social Security Number | Split Percentage |

**AUTHORIZATION**

| Branch Manager of Current Broker/Dealer (please print) | Signature    Date |
|---|---|

Client's Signature (If more than one, ALL must sign.)

1106: 1307148