IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LASALLE FINANCIAL SERVICES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 7116 |
| v. | ) ) | Judge Joan Humphrey Lefkow |
| DOUGLAS BRYMER, DAVID SWANSON, and RYAN KIBILOSKI, | ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:  Douglas Brymer           David Swanson            Ryan Kibiloski
     1305 S. Michigan Ave, #910   8 West 57th Street         205 N. West Street
     Chicago, IL 60605         Westmont, IL 60559        Naperville, IL 60540

You are hereby notified that on the 21st day of December, 2007, at 1:00 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman, or any other judge as may be holding court in his absence, in the court room usually occupied by him in the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Room 1703, Chicago, Illinois, and then and there present the attached **LaSalle Financial Services, Inc. Motion for a Temporary Restraining Order**, at which time and place you may appear as you see fit.

Dated:  December 19, 2007                  Respectfully submitted,

                                           LaSalle Financial Services, Inc.

                                           By:   /s/ Martin J. Bishop
                                                One of Its Attorneys

                                           Stephen P. Bedell
                                           Martin J. Bishop
                                           Thomas K. Anderson
                                           Anna R. Downs-Temple
                                           Foley & Lardner LLP
                                           321 North Clark Street, Suite 2800
                                           Chicago, IL 60610
                                           312.832.4500 Telephone

CHIC_1676288.1