IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

LaSalle Financial Services, Inc.

vs.  Douglas Brymer, David Swanson, and Ryan Kibiloski

Case Number   07 C 7116

## AFFIDAVIT OF SERVICE

I, Tommie Levy, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 19 day of December, 2007, at 11:00 PM at 8 West 57th Street, Westmont, IL 60559, did serve the following document(s):

**Summons and Complaint, Notice of Motion, Motion for TRO, Memorandium in Support of TRO, and Letter to Judge**

Upon:  **David Swanson**

By:  ☑ Personally serving to:  David L Swanson

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 8 West 57th Street, Westmont, IL 60559 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **47** |
|---|---|---|---|---|---|---|
| | Height | **5'9"** | Weight | **195** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Tommie Levy
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# 07 C 7116

## SUMMONS IN A CIVIL CASE

LASALLE FINANCIAL SERVICES, INC., a
Delaware corporation

V.

DOUGLAS BRYMER, DAVID SWANSON
and RYAN KIBILOSKI

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE LEFKOW**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

David Swanson
8 West 57th Street
Westmont, IL 60559

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin J. Bishop
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**December 19, 2007**
Date