## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Robert Gettleman |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7116 | **DATE** | 12/21/2007 |
| **CASE TITLE** | LaSalle Financial Services   Vs   Douglas Brymer, et al | | |

**DOCKET ENTRY TEXT:**

Agreed order entered. The hearing set for 12/21/2007 is stricken, without prejudice to plaintiff's motion for temporary restraining order, which is entered and continued. Status hearing is set for 1/8/2007, at 9:30 a.m. before Judge Joan Lefkow.

[For further detail see separate order]
[Docketing to mail notice]

00:00