

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE FINANCIAL SERVICES, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  No. 07 C 7116<br>) |
| DOUGLAS BRYMER, DAVID SWANSON, and RYAN KIBILOSKI, | )  Judge Joan Humphrey Lefkow<br>)<br>)  Magistrate Judge Susan E. Cox |
| Defendants. | ) |

## AGREED ORDER

This matter having come to be heard on Plaintiff LaSalle Financial Services, Inc.'s ("LFS") Motion for a Temporary Restraining Order ("Motion"), the Parties having conferred and reached agreement as follows, IT IS HEREBY ORDERED THAT:

(1) The hearing set for December 21, 2007 at 1:00 p.m. is hereby stricken without prejudice to LFS's Motion, which is entered and continued; and

(2) This matter is set for status on January 8, 2008 at 9:30 a.m. before the Honorable Judge Joan Lefkow in Courtroom 1925.

/s/ Thomas K. Anderson

Stephen P. Bedell (Ill. Bar. No. 3125972)
Martin J. Bishop (Ill. Bar. No. 6269425)
Thomas K. Anderson (Ill. Bar. No. 6280798)
Anna R. Downs-Temple (Ill. Bar. No. 6289394)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312) 832-4500

*Counsel for Plaintiff LaSalle Financial Services, Inc.*

/s/ Kevin T. Keating

Stuart G. Parsell
Zeiger, Tigges & Little LLP
3500 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-4116

Kevin T. Keating (Ill. Bar. No. 6183127)
Keating & Shure, Ltd.
55 West Monroe Street, Ste. 1600
Chicago, Illinois 60602
(312) 201-8585

*Counsel for Defendants Douglas Brymer, David Swanson, and Ryan Kibiloski*

Enter 12/21/07

Robert W. Gettleman