U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
LASALLE FINANCIAL SERVICES, INC.
v.
DOUGLAS BRYMER, DAVID SWANSON, and RYAN KIBILOSKI

Case Number: 07 C 7116

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Douglas Brymer, David Swanson and Ryan Kibiloski

| | |
|---|---|
| NAME (Type or print)<br>Kevin T. Keating | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kevin T. Keating | |
| FIRM<br>Keating & Shure, Ltd. | |
| STREET ADDRESS<br>55 West Monroe, Suite 1600 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06183127 | TELEPHONE NUMBER<br>312-201-8585 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |