**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

LaSalle Financial Services, Inc.
                              Plaintiff,
v.                                                    Case No.: 1:07−cv−07116
                                                      Honorable Joan H. Lefkow
Douglas Brymer, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

MINUTE entry before Judge Joan H. Lefkow :Status hearing held on 1/8/2008. Hearing on plaintiff's motion for temporary restraining order [8] is set for 1/22/2008 at 01:30 PM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.