**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

LaSalle Financial Services, Inc.
Plaintiff,
v.
Case No.: 1:07−cv−07116
Honorable Joan H. Lefkow
Douglas Brymer, et al.
Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

MINUTE entry before Judge Joan H. Lefkow :It is reported that this case has settled. Hearing on plaintiff's motion for plaintiff's motion for temporary restraining order [8] stricken. Status hearing set for 1/29/2008 at 09:30 AM for presentation of proposed order of dismissal.Telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.