# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7116 | **DATE** | 1/29/2008 |
| **CASE TITLE** | LaSalle Financial Services, Inc. vs. Brymer, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing stricken. Enter Agreed Order. Case dismissed without prejudice in accord with the terms of the parties' settlement agreement, each party to bear its own attorneys' fees, expenses, and costs. Civil Case Terminated.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|