IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE FINANCIAL SERVICES, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07 C 7116 ) |
| DOUGLAS BRYMER, DAVID SWANSON, and RYAN KIBILOSKI, | ) Judge Joan Humphrey Lefkow ) ) Magistrate Judge Susan E. Cox |
| Defendants. | ) ) ) |

## AGREED ORDER

THIS CAUSE coming before the Court upon the agreement of the parties to dismiss the action without prejudice pursuant to a settlement agreement entered into between the parties, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

This case is hereby dismissed without prejudice in accord with the terms of the parties' settlement agreement, each party to bear its own attorneys fees, expenses, and costs.

/s/ Thomas K. Anderson                    /s/ Kevin T. Keating

Stephen P. Bedell (Ill. Bar. No. 3125972)
Martin J. Bishop (Ill. Bar. No. 6269425)
Thomas K. Anderson (Ill. Bar. No. 6280798)
Anna R. Downs-Temple (Ill. Bar. No. 6289394)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312) 832-4500

*Counsel for Plaintiff LaSalle Financial Services, Inc.*

Stuart G. Parsell
Zeiger, Tigges & Little LLP
3500 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-4116

Kevin T. Keating (Ill. Bar. No. 6183127)
Keating & Shure, Ltd.
55 West Monroe Street, Ste. 1600
Chicago, Illinois 60602
(312) 201-8585

*Counsel for Defendants Douglas Brymer, David Swanson, and Ryan Kibiloski*

DATED: January 29, 2008                    ENTER:

1-29-08
Honorable Judge Joan Humphrey Lefkow